**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DOUGLAS EARL SHIELDS,

Plaintiff

v.

STATE OF NEVADA, et al.,

Defendants

Case No.: 3:25-cv-00588-ART-CSD

**Order**

Re: ECF No. 15

The court screened Plaintiff's complaint and allowed him to proceed with an Eighth Amendment medical indifference claim against defendants Benson, Voss, Coss, De La Torre-Fennell, and Villegas (as well as John and Jane Doe medical staff when he discovers their identities), and an Americans with Disabilities Act (ADA) claim against the Nevada Department of Corrections (NDOC). (ECF No. 9.) The Attorney General's Office was subsequently ordered to file a notice advising the court and Plaintiff of the names of the defendants for whom it accepts service. (ECF No. 13.)

On September 1, 2026, the Attorney General's Office filed a notice indicating it accepted service on behalf of Benson, Coss, De La Torre-Fennell, Villegas, and Voss. (ECF No. 15.) The notice does not advise whether it accepts service for NDOC.

On or before **September 23, 2026**, the Attorney General's Office shall file a notice indicating whether it accepts service for NDOC.

**IT IS SO ORDERED**.

Dated: September 9, 2026

Craig S. Denney
United States Magistrate Judge